UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Daniel Lattimore, et al. v. Bayer Corporation, et al.*         No. 10-cv-10055-DRH

*Kimberly Warsaw v. Bayer Corporation, et al.*         No. 12-cv-10830-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 30, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  June 30, 2014

Digitally signed by David R. Herndon
Date: 2014.06.30 14:43:34 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**